**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Katherine Beatriz NAVARRO,**
**Defendant–Appellant.**

No. 05–13970
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 25, 2006.

Robin J. Farnsworth, Lauderdale, FL, Kathleen M. Williams, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Katherine Beatriz Navarro in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Navarro's conviction and resulting sentence are **AFFIRMED.**